1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    LUCIOUS WILSON,                          No.  2:23-CV-0977-DJC-DMC-P

12                 Plaintiff,

13         v.                                   FINDINGS AND RECOMMENDATIONS

14    RAMOS, et al.,

15                 Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pending before the Court is Plaintiff's original complaint, ECF No. 1.

19              On July 24, 2023, the Court issued an order addressing the sufficiency of

20    Plaintiff's complaint.  See ECF No. 9.  The Court determined that Plaintiff's complaint states

21    cognizable Eighth Amendment excessive force claims against Defendants Ramos, Singh, and

22    Duran arising from a cell extraction at the California Medical Facility on April 19, 2023.  See id.

23    The Court also determined that Plaintiff's remaining claims against Defendant Ramos based on

24    threats and failure to provide medical care, as well as Plaintiff's claim against the prison warden,

25    Defendant Cueva, are insufficient.  See id.  Plaintiff was provided leave to amend and cautioned

26    that, if no amended complaint was filed within the 30-day time period provided therefor, the

27    action would proceed on Plaintiff's excessive force claims against Defendants Ramos, Singh, and

28    Duran, and that the Court would recommend that all other claims and defendants be dismissed.

1

1   See id.  As of November 2, 2023, and after having been granted an extension of time, Plaintiff

2   had not filed an amended complaint and the Court directed service on Defendants Ramos, Singh,

3   and Duran consistent with the July 24, 2023, order.  See ECF No. 12.  The Court now

4   recommends dismissal of all remaining claims and defendants.

5              Based on the foregoing, the undersigned recommends as follows:

6              1.        This action proceed on Plaintiff's complaint, ECF No. 1, as to Plaintiff's

7   Eighth Amendment excessive force claims against Defendants Ramos, Singh, and Duran.

8              2.        Plaintiff's claims against Defendant Ramos based on threats and failure to

9   provide medical care be DISMISSED for failure to state a claim.

10             3.        Plaintiff's claims against Defendant Cueva be DISMISSED for failure to

11  state a claim.

12             These findings and recommendations are submitted to the United States District

13  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

14  after being served with these findings and recommendations, any party may file written objections

15  with the Court.  Responses to objections shall be filed within 14 days after service of objections.

16  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.

17  Ylst, 951 F.2d 1153 (9th Cir. 1991).

18

19   Dated:  January 11, 2024

20                                                    _____

21                                                    DENNIS M. COTA
                                                       UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                                       2