1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| LUCIOUS WILSON, | No. 2:23-CV-0977-DJC-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RAMOS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 12, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.   In addition, the Court has reviewed the Magistrate Judge's July 24, 2023 Order (ECF No. 9) which the Court finds is also supported by the record and the proper analysis.

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 12, 2024, ECF No. 17, are adopted in full.

2. This action shall proceed on Plaintiff's complaint, ECF No. 1, as to Plaintiff's Eighth Amendment excessive force claims against Defendants Ramos, Singh, and Duran.

3. Plaintiff's claims against Defendant Ramos based on threats and failure to provide medical care are DISMISSED for failure to state a claim.

4. Plaintiff's claims against Defendant Cueva are DISMISSED for failure to state a claim.

5. The Clerk of the Court is directed to terminate Cueva as a defendant to this action.

6. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 8, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE