IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCIOUS WILSON,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**RAMOS, et al.,**<br><br>                                    Defendants. | 2:23-cv-00977-DJC-DMC-P<br><br>**ORDER** |

Defendants filed a Notice of Motion and Motion for Extension of Time, ECF No. 21, requesting an additional thirty days to opt in or out of early ADR. Good cause appearing therefor based on defense counsel's declaration indicating the need for more time to allow for a meeting with Plaintiff scheduled for March 19, 2024, Defendants' motion is granted. Defendants shall have an additional thirty days, or up to and including April 7, 2024, to file a motion opting in or out of early ADR.

**IT IS SO ORDERED.**

Dated: March 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE