1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUCIOUS WILSON,                          No.  2:23-cv-00977-DC-DMC (PC)

12              Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
14    A. RAMOS, et al.,
                                                ECF Nos. 30, 36
15              Defendants.

16

17        Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to  42 U.S.C.

18    § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District

19    of California local rules.

20        On July 16, 2025, the magistrate judge filed findings and recommendations herein which

21    were served on the parties, and which contained notice that the parties may file objections within

22    the time specified therein. No objection to the findings and recommendations has been filed.

23        The Court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and the magistrate judge's analysis.

25        Accordingly, IT IS HEREBY ORDERED as follows:

26            1.    The findings and recommendations filed July 16, 2025, ECF No. 36, are

27                  ADOPTED in full;

28            2.    Defendants' motion for summary judgment, ECF No. 30, is DENIED; and

1

1          3.      This matter is referred to the assigned magistrate judge for further

2                  proceedings.

3

4          IT IS SO ORDERED.

5     Dated:    **September 5, 2025**      _____

                                          Dena Coggins
6                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2