**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIOUS WILSON, | No. 2:23-CV-0977-DC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RAMOS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing on January 27, 2026, which has been docketed as Plaintiff's Notice of Trial Readiness. See ECF No. 47.

Plaintiff's filing comes after the Court directed the parties to submit trial readiness tatus reports. See ECF No. 42. Plaintiff's status report is due first, with Defendants' status report due within 30 days after service of Plaintiff's status report. See id. On December 19, 2025, the Court granted Plaintiff a 30-day extension of time to file his status report. See ECF No. 46. Plaintiff responded with the currently pending filing on January 27, 2026. See ECF No. 47. In this filing, Plaintiff states that he has been separated from his legal property due to a recent prison transfer. See id. Plaintiff further states that, as a result, he did not have a copy of the Court's order directing filing of status reports and, more specifically, the various topics the Court directed the parties to address in their status reports. See id. Plaintiff asks that he be provided another

1

copy of the Court's order directing filing of status reports.  See id.

Good cause appearing therefor, Plaintiff's request will be granted, and the Court will extend the time for Plaintiff to submit a completed status report.

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Plaintiff request to be sent a copy of the Court's October 9, 2025, order requiring status reports, ECF No. 47, is granted.

2.     The Clerk of the Court is directed to forward a copy of the October 9, 2025, order at ECF No. 42, to Plaintiff.

3.     Within 30 days of the date of this order, Plaintiff shall file and serve a status report consistent with the October 9, 2025, order.

4.     Defendants' status report is due within 30 days of service of Plaintiff's status report.

Dated:  February 4, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE